MC-275

Name: William Kirkpatrick Jr.
Address: P.O. Box C-91406
San Quentin Cal. 94974

CDC or ID Number: C-91406

Northern district Court
of California
(Court)

CV 08 3676 (PR)

FILED
08 AUG -1 AM 11:44
RICHARD W. WIEKING
U.S. DISTRICT COURT

WILLIAM KIRKPATRICK, JR.,
Petitioner
vs.
Edmund G. Brown
Respondent Calif. att. Gen.

No. _____
(To be supplied by the Clerk of the Court)

EMERGENCY
PETITION FOR WRIT OF HABEAS CORPUS

Urgent Request for intervention by the court in the form of an injunction to have the Calif. att. Gen. office cease and desist its efforts to have me killed.

I, William Kirkpatrick Jr., a condemned inmate for 2.5 years at San Quentin prison. I'm the victim of a jew supremist, white racist conspiracy. I am innocent.

For some time now the calif. att. generals office has been conspiring with the federal public defenders office and San Quentin officials to ensure I not acquire pro se status.

Several attempts on my life have been made by san quentin (S.Q.) staff per plan by FPDs Sean K Kennedy, Linda Griffis, and dep. att. gen. Robert C. Schneider.

dep. A.G Schneider, on july 3, 2008 even went so far as to send a letter to SQ. litigation coordinator Lt. Eric Messick proclaiming his being a member of the "master race"! Direct quote "I'm german, swiss lutheran" as of late I've been denied access to my Family, medical care, and all the rights and priv-

P 1. F 5

1. alleges I am constitutionally allowed as well as by San Quentin's
2. own policies and rules.
3. I am enclosing a copy of a complaint to S.Q. warden
4. Robert L. Ayers and a letter copy to Calif. att.
5. general Edmund G Brown.
6. The S.Q. criminal complaint details the latest assaults
7. upon me and the att. gen. letter informs att. gen Brown.
8. However I believe much of my legal mail is being
9. intercepted. I've written repeatedly to the FPDs - no
10. response.
11. I ask this court for an injunction compelling Calif att.
12. gen. Edmund G Brown to 'act' to 'end' the criminal
13. conduct of Mr. Schneider and the FPDs and the
14. San Quentin officials who are repeatedly retaliating for
15. my responsible use of the legal system!
16.
17. I swear under penalty of perjury the foregoing is true
18. and correct and will testify to it in a court of law.
19.
20. Signed at
21. San Quentin prison
22. on 7-28-08
23.

William Kirkpatrick
C-91406

William Kirkpatrick Jr.
P.O. Box [illegible]
S[illegible] Ca
9[illegible]

7-27-08

Cal. att. G.

Mr E. G. Brown [illegible]

Mr. Brown,

I, William Kirkpatrick Jr., due to numerous complaints to your office am being repeatedly retaliated against. Dep. att. Gen. Robert C. Schneider has upped the ante by not only intercepting your mail but informing in writing Lt. Morris of the prison guards, that he Schneider is "German - Swiss - quoted" "german, Swiss Lutheran" he in dated July 5, 2[illegible].
The bottom line of his Kish Kush arais letter to Lt Morris was "I'm with you guys. Do whatever you want to these niggers, my boss is busy fucking around in the suburbs, I'll cover for you."

I am [illegible] a copy of a criminal complaint to State warden [illegible] Sec. governors adjustment [illegible] (SG[illegible]) [illegible] latest criminal acts!
I emphasize, nothing stated is exaggerated! In FACT, I'm leaving out the more ludicrous acts by these vengeful, petty, pissant pigs!

Note! I cannot file a 1983 without completing the institutional appeals process - per F.L.R.A. Yet every time I file 1- The pigs refuse or delay - lengthy- responding 2- The pigs complained about - RETALIATE!
I wish criminal charges filed against deputy gen. Robert C. Schneider - Immediately! These [illegible] attacks are his [illegible]

Will Kirkpatrick [signature]

P. 2

Kirkpatrick, Wm
C-91406
2-01C-2

7-27-08

against c/o Puresa and c/o Fenika. It should be noted c/o Delrosario has an abnormal infatuation with me and my program. "Other" inmates have told me he's always badmouthing me to them and that they've heard him tell inmates from east block that they'll have a better chance of going back to grade A privilege status "if" they "don't talk or socialize with me" and do like the "gangbangers" do and "isolate" me. All the "non-affiliated" and some "affiliated" inmates who did as c/o Delrosario and — in all fairness — some of the other guards — told them 'returned' to east block grade A — in 'record' time!

It's no coincidence that these 'latest' assaults come on the heels of calif. dep. att. gens. Robert C. Schneider's July 3, 08 letter to S.Q. litig. coord. Lt. Eric Messic, proclaiming his 'superior' stock!

There is also reason to believe all guards are trying to intimidate me from leaving my cell and/or go to yard! It seems like they're also saying "stay in your cell or we're going to get even every time you come out."

I'm entitled to fresh air and sunshine just like the gangbangers!

I will go to yard!!!

Will Kirkpatrick
William Kirkpatrick Jr.
C-91406

1- Conspiracy
2- Reprisal
3- Sexual Battery
4- Intimidating complaining witness

EMERGENCY

Citizens criminal complaint

5 of 7 CMPLNT

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region ___  Log No. ___  Category ___

1. ___   1. ___
2. ___   2. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Puraco; Smethers; Fenika; Delrosario

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| William Kirkpatrick Jr | C-91406 | S.Q. A1C | 2-A1C-2 |

A. Describe Problem: 1- On July 24,'08 % Puraco sexually assaulted me on the way to the yard in retaliation for an appeal filed on his partner % Fenika for the same thing!, on July 13+20th '08!! % Puraco's done this before as well. Appeals Coordinator Ricardo Brau has been trying-successfully-to kill the criminal complaint I'd filed # 07-5138! Both % Puraco and % Fenika "groped" and "caressed" my arm! 2- On July 27,'08 % Smethers with % Delrosario (encouraging him) groped me as we returned from yard. % Smethers + % Delrosario sexually assaulted me so, while making statements referring to my criminal complaints - all valid

If you need more space, attach one additional sheet.     See add on

B. Action Requested: I wish a full investigation into todays assault! Clearly the calif. att. gen. office is involved! I believe S.Q. - by mandate must notify federal authorities due to the "unique" nature of this "hate crime" and "civil rights" violations! I wish this done!

Inmate/Parolee Signature: Will. Kirkpatrick    Date Submitted: 7-27-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:



William Kirkpatrick Jr.
P.O. Box C-91908
San Quentin Cal 94974

Legal Mail
confidential

OFFICE of the Clerk
Northern District court of California
450 Golden Gate Avenue
S.F. Calif. 94102

RECEIVED
08 JUL 30 PM 12:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA