MC-275

Name William Kirkpatrick Jr.
Address P.O. Box C-91406
San Quentin Cal. 94974

CDC or ID Number C-91406

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

Northern District Court of California
(Court)

| | |
|---|---|
| WILLIAM KIRKPATRICK, JR., Petitioner vs. Edmund G. Brown - Calif Att. Gen. Respondent | PETITION FOR WRIT OF HABEAS CORPUS<br>No. CV 08-3676-VRW<br>(To be supplied by the Clerk of the Court) |

Notice of submission of 'proof' of good faith effort to send this court the filing fee. Also, submission of documents and authorization for this court to 'seize' the $5.00 fee from San Quentin prison

Petitioner submits a document dated "8-6-08" titled "ask counselors". Attached to this document is another one titled "trust account withdrawal order", known also as a "CDC 193" and dated "8-6-08". Petitioner submits these documents as 'proof' of 'good faith' effort to pay the required filing fee.

Petitioner also submits an "authorization" for the court dated 8-19-08 on a CDC 193 dated 8-19-08, so that this court can seize the filing fee. Petitioner 'just' found out no funds have left san quentin. Please help yourself!! and allow my petition CV 08-3676-VRW review.

I swear under penalty of perjury the forgoing is true and correct and will testify to it in a court of law.

Signed at: san quentin prison on 8-19-08

[signature]
William Kirkpatrick Jr.
C-91406

William Kirkpatrick Jr.
C-91406
San Quentin Ca 94974

8-19-08

N. District Court

Re: authorization to seize Filing Fee.

Dear Clerk,

This is a formal authorization for the court to seize whatever it requires for the filing fee of my petition to obtain an injunction against the california attorney general-on-office.

I would like it noted please, that I've made every effort I could to produce these funds from my Security housing Unit - S.H.U. unit - cell.

To no avail! This is a constant with San quentin when I try to make headway with my appeal or any legal action.

Please tell me when you receive this - the funds

P.S. - I'm sorry, also attached is a CDCR 193 to withdraw funds, for your convenience.

Yours truly,

Will Kirkpatrick [signature]

William Kirkpatrick Jr.

C-91406

William Kirkpatrick
C-91406
2-016-2

8-6-08

a/c counselors

Re: Release of funds. $5 00 to N. dist ct for legal Fee

Dear Concerned counselors,

Attached please find;

1- C.D.C.R. "Trust account withdrawal order form" - signed.

1- Stamped envelope addressed to the "Clerk, U.S. district court, 450 Golden Gate ave, P.O. box 36060, S.F. Cal, 94102-4680

Please put the $5 00 check in the envelope and mail said envelope.

your assistance is appreciated,

yours truly,

Will Kirkpatrick Jr

William Kirkpatrick Jr

C-91406

not original copy - handwritten

STATE OF CALIFORNIA

CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 8-6- 20 08

To: Warden

Approved

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

C-91406 2-A/C-2
NUMBER

[signature]
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE LEGAL ~~Postage~~ Fee

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME N. Dist. ct. of cal.

ADDRESS CLERK

450 Golden Gate ave

S.F. calif 94102

Mr. William Kirkpatrick, Jr.

PRINT YOUR FULL NAME HERE

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS

CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 8-19-2008

To: Warden

Approved

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

C-91406 2-01c-2
NUMBER

Will Kirkpatrick
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE LEGAL ~~Postage~~ FEE

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME N. Dist. ct. of cal.

ADDRESS CLERK

450 Golden Gate ave

S. F. calif 94102

Mr. William Kirkpatrick, Jr.

PRINT YOUR FULL NAME HERE

K

Mr William Kirkpatrick Jr
PO Box C91406
San Quentin CA 94964

Legal Mail Confidential

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

#CV08-3676-VRW



8-19-08